**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

STEVE MANNIS, M.D., *et al.*,

        Plaintiffs,

v.

AMERICAN BOARD OF MEDICAL
SPECIALTIES, *et al.*,

        Defendants.

Case No.  1:20-cv-06238

Judge Manish S. Shah

### JOINT STATUS REPORT

Plaintiffs Steve Mannis, M.D., Tonianne French, M.D., and Louis Lim, M.D. ("Plaintiffs"), and Defendants American Board of Medical Specialties, American Board of Anesthesiology, and American Board of Emergency Medicine ("Defendants"), by and through their attorneys, file this joint status report, and state as follows:

1.      On October 27, 2020, this Court ordered that the parties submit a joint status report "stating whether any additional briefing is requested on defendants' motion to dismiss." (ECF No. 76.)  The parties submit this report.

2.      Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i) and pending final agreement of the parties, Plaintiffs intend to file this week a notice of voluntary dismissal of this action without prejudice.

3.      Given the dismissal, the parties will not be submitting any additional papers in support of or in opposition to any motion to dismiss this action at this time.

Dated:  November 10, 2020

Respectfully submitted,

/s/ Jack R. Bierig
Jack R. Bierig
Adam J. Diederich
Schiff Hardin LLP
233 South Wacker Drive, Suite 7100
Chicago, Illinois 60606
Telephone:  (312) 258-5500
Facsimile:  (312) 258-5600
jbierig@schiffhardin.com
adiederich@schiffhardin.com

*Attorneys for Defendants ABMS and ABEM*

/s/ Joseph E. Collins
Joseph E. Collins
Fox Rothschild LLP
321 N. Clark Street
Chicago, Illinois  60654
Telephone:  (312) 517-9200
JCollins@Foxrothschild.com

Natalma M. McKnew
Fox Rothschild LLP
2 West Washington Street, Suite 1100
Greenville, South Carolina  29601
Telephone:  (864) 751-7600
TMcknew@FoxRothschild.com

Maureen Demarest Murray
Fox Rothschild LLP
300 N. Greene Street, Suite 1400
Greensboro, North Carolina 27401
Telephone:  (336) 378-5200
MMurray@Foxrothschild.com

*Attorneys for Defendant ABA*

/s/ Arthur L. Shingler III
David W. Mitchell
Carmen A. Medici
Arthur L. Shingler III
Robbins Geller Rudman & Dowd LLP
655 West Broadway, Suite 1900
San Diego, CA 92101-8498
Telephone:  619/231-1058
619/231-7423 (fax)
davidm@rgrdlaw.com
cmedici@rgrdlaw.com
ashingler@rgrdlaw.com

Frank A. Richter
Robbins Geller Rudman & Dowd LLP
200 South Wacker Drive, 31st Floor
Chicago IL 60606
Telephone:  312/674-4674
312/674-4676 (fax)
frichter@rgrdlaw.com

Brian J. Robbins
George C. Aguilar
Robbins LLP
5040 Shoreham Place
San Diego, CA 92122
Telephone:  619/525-3990
619/525-3991 (fax)
brobbins@robbinsllp.com
gaguilar@robbinsllp.com

*Attorneys for Plaintiffs*

2

## **CERTIFICATE OF SERVICE**

The undersigned attorney hereby certifies that on November 10, 2020, the foregoing document was electronically filed with the Clerk of the Court by utilizing the CM/ECF System, which will provide electronic notification to all counsel of record.


/s/ Jack R. Bierig
Jack R. Bierig