UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF ILLINOIS

EASTERN DIVISION

| | |
|---|---|
| STEVE MANNIS, M.D., et al., Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> vs. <br><br> AMERICAN BOARD OF MEDICAL SPECIALTIES, et al., <br><br> Defendants. | Case No. 1:20-cv-06238 <br><br> <u>CLASS ACTION</u> <br><br> Honorable Manish S. Shah |

NOTICE OF PLAINTIFFS' VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Cases\4850-0237-7681.v1-11/12/20

PLEASE TAKE NOTICE that pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure ("Rule") and subject to Rule 23(e), plaintiffs Steve Mannis, M.D., Tonianne French, M.D., and Louis Lim, M.D. ("Plaintiffs"), by and through their undersigned counsel, hereby dismiss, without prejudice, the above-captioned action. Defendants have neither answered nor filed a motion for summary judgement. All Defendants consent to dismissal of this action without prejudice. No consideration will be exchanged between the parties attendant to this dismissal. Because the proposed class has not been certified, court approval of the dismissal is not required. *See* Fed. R. Civ. P. 23(e) (court approval of dismissal only required when a class has been certified or is proposed to be certified for settlement purposes).

DATED: November 12, 2020  ROBBINS GELLER RUDMAN
   & DOWD LLP
DAVID W. MITCHELL
CARMEN A. MEDICI
ARTHUR L. SHINGLER III


      s/ Arthur L. Shingler III
ARTHUR L. SHINGLER III

655 West Broadway, Suite 1900
San Diego, CA 92101-8498
Telephone: 619/231-1058
619/231-7423 (fax)
davidm@rgrdlaw.com
cmedici@rgrdlaw.com
ashingler@rgrdlaw.com

ROBBINS GELLER RUDMAN
  & DOWD LLP
FRANK A. RICHTER (IL Bar # 6310011)
200 South Wacker Drive, 31st Floor
Chicago, IL 60606
Telephone: 312/674-4674
312/674-4676 (fax)
frichter@rgrdlaw.com

- 1 -

- 2 -

        ROBBINS LLP
        BRIAN J. ROBBINS
        GEORGE C. AGUILAR
        5040 Shoreham Place
        San Diego, CA 92122
        Telephone: 619/525-3990
        619/525-3991 (fax)
        brobbins@robbinsllp.com
        gaguilar@robbinsllp.com

        Attorneys for Plaintiff

- 2 -

<u>CERTIFICATE OF SERVICE</u>

I hereby certify under penalty of perjury that on November 12, 2020, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses on the attached Electronic Mail Notice List, and I hereby certify that I caused the mailing of the foregoing via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

                                                s/ Arthur L. Shingler III
                                                Arthur L. Shingler III

                                                ROBBINS GELLER RUDMAN
                                                  & DOWD LLP
                                                655 West Broadway, Suite 1900
                                                San Diego, CA 92101-8498
                                                Telephone: 619/231-1058
                                                619/231-7423 (fax)

                                                E-mail: ashingler@rgrdlaw.com

# Mailing Information for a Case 1:20-cv-06238 Mannis, M.D. et al v. American Board of Medical Specialties et al

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **George C Aguilar**
  gaguilar@robbinsllp.com

- **Jack R. Bierig**
  jbierig@schiffhardin.com,kjohnson@realtors.org,jack-bierig-2679@ecf.pacerpro.com,edocket@schiffhardin.com

- **Joseph Edward Collins**
  jcollins@foxrothschild.com,lhamidi@foxrothschild.com,ChDocket@foxrothschild.com

- **Adam J. Diederich**
  adiederich@schiffhardin.com

- **Natalma M. McKnew**
  tmcknew@foxrothschild.com

- **Carmen A. Medici**
  cmedici@rgrdlaw.com,slandry@rgrdlaw.com,E_File_SD@rgrdlaw.com,ckopko@rgrdlaw.com

- **David William Mitchell**
  DavidM@rgrdlaw.com

- **Matthew Mock**
  mmock@schiffhardin.com

- **Maureen Demarest Murray**
  mmurray@foxrothschild.com,phenley@foxrothschild.com,mpearson@foxrothschild.com

- **Frank Anthony Richter**
  frichter@rgrdlaw.com

- **John Shaeffer**
  jshaeffer@foxrothschild.com

- **Arthur L. Shingler , III**
  AShingler@rgrdlaw.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- `(No manual recipients)`