# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

Steve Mannis, M.D., et al.

                                                                    Plaintiff,

v.                                                                         Case No.: 1:20−cv−06238
                                                                                    Honorable Manish S. Shah

American Board Of Medical Specialties, et al.

                                                                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, November 12, 2020:

       MINUTE entry before the Honorable Manish S. Shah: Pursuant to the notice of voluntary dismissal [82], this case is dismissed without prejudice. Civil case terminated. Notices mailed. (psm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.